FILED

JUL 17 2002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: )
)
John Stephen Hahn ) Case No.: 02-14105 WV
Sharon Marie Hahn dba ) Chapter: 7
Creative Memories )
      DEBTOR(S) )

### MOTION FOR ORDER OF ABANDONMENT, MOTION FOR RELIEF FROM AUTOMATIC STAY AND BRIEF IN SUPPORT THEREOF

COMES NOW THE CREDITOR, Countrywide Home Loans Inc., d/b/a America's Wholesale Lender (hereinafter "Movant"), and moves the Court to grant relief from the automatic stay imposed herein so as to allow Movant to enforce its claims against the following real estate located in Oklahoma County, Oklahoma, and further to require the Trustee to abandon all interest he may have in said property, to-wit:

> All of Lots Twenty-five (25) and Twenty-six (26) in Block Five (5) in COLLEGE ADDITION to Oklahoma City, Oklahoma County, State of Oklahoma, according to the recorded plat thereof.

IN SUPPORT OF THIS REQUEST, the Movant would state to the Court that no equity exists in the property which is secured by a Note and Mortgage to Movant, upon which there is a debt of approximately $30,789.49, with interest thereon at the rate of 9.2500% per annum from the 1st day of October, 2001, until paid, plus costs and fees, as provided for in said Note and Mortgage.

WHEREFORE, your Movant prays that it be granted relief from the stay to proceed with the foreclosure action and to further require the Trustee to abandon his interest herein as burdensome.

KRF File #2143.2169/KMF
BKSTAYW

KIVELL, RAYMENT, FRANCIS, COULSON AND HEATH
A Professional Corporation

By: _____
Scott E. Coulson, OBA #12622
Triad Center, Suite 240
7666 East 61st Street
Tulsa, Oklahoma 74133
(918) 254-0626

ATTORNEYS FOR CREDITOR

## CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION

I, Karen M. Funk, hereby certify that on this /2-H day of July, 2002, I mailed or electronically transmitted, with confirmation of receipt, a true and correct copy of the above and foregoing Motion to those parties listed on the matrix on file herein, with sufficient postage thereon.

_____
Scott E. Coulson, OBA #12622

KRF File #2143.2169/KMF
BKSTAYW

|E|(s4102T|(s0P|(s3B|&k4S|&16D|&l0E|&a0L|&l0L|&l66F
Label_Matrix
for 02-14105
Fri Jul 12 09:47:44 CDT 2002

Case: 02-14105    Doc: 8    Filed: 07/17/02    Page: 3 of 3

(22)

John Stephen Hahn
12016 Surrey Lane
Yukon, OK  73099

Sharon Marie Hahn
12016 Surrey Lane
Yukon, OK  73099

Janice Loyd
2050 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK  73102

James Raymond Price
3035 N.W. 63rd, Suite 230 North
Oklahoma City, OK  73116

ABN AMRO MORTGAGE GROUP INC
135 S LASALLE ST DEPT 8335
CHICAGO IL 60674-8335

ADT SECURITY SRVC
PO BOX 551200
JACKSONVILLE FL 32255

AT&T UNIVERSAL CARD
PO BOX 6906
THE LAKES NV 88901-6906

BANK OF OKLAHOMA
PO BOX 2864
TULSA OK 74101-2864

CHASE
PO BOX 52064
PHOENIX AZ 85072-2064

CINGULAR WIRELESS
PO BOX 4460
HOUSTON TX 77097-0082

CITIBANK
PO BOX 6411
THE LAKES NV 88901-6411

COUNTRY WIDE HOME LOAN
PO BOX 660694
DALLAS TX 75266-0694

INTEGRIS BAPTIST MED CTR
ATTN BUSINESS OFFICE
PO BOX 268907
OKLAHOMA CITY OK 73126-8907

KIVELL RAYMENT FRANCIS ET AL
7666 E 61ST ST SUITE 240
TULSA OK 74133

LOCAL OKLAHOMA BANK
PO BOX 26820
OKLAHOMA CITY OK 73126-0820

MBNA AMERICA
PO BOX 15019
WILMINGTON DE 19886-5019

NATL ACTION FINANCIAL SRVC INC
3587 PKWY LN
NORCROSS GA 30092

PENNCRO ASSOC INC
95 JAMES WAY SUITE 113
SOUTHAMPTON PA 18966-3847

STEPHEN BRUCE AND ASSOC
204 N ROBINSON SUITE 1100
OKLAHOMA CITY OK 73102

TINKER FEDERAL CREDIT UNION
PO BOX 45750
OKLAHOMA CITY OK 73145-0750

WORKS AND LENTZ
3030 NW EXPRESSWAY SUITE 225
OKLAHOMA CITY OK 73112

Herbert M. Graves
US Trustee's Office
201 Dean A. McGee Ave., 4th Floo
Oklahoma City, OK  73102